UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANITA MCCRACKEN ET AL,              CRIMINAL DOCKET NO.  1:25-CV-00755
Plaintiff

VERSUS                              DISTRICT JUDGE DRELL

TOWN OF MONTGOMERY ET AL,           MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 26) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Alternative Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (ECF No. 13) filed by Defendant the Town of Montgomery (the "Town") is GRANTED IN PART, and Plaintiffs Anita McCracken's ("McCracken") and Kimberly Moore Dooley's ("Dooley") (collectively, "Plaintiffs") claims against the Town are DISMISSED WITHOUT PREJUDICE. The Motion is DENIED IN PART in all other respects.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 16 day of June 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT